## Commonwealth *v.* Winston, Appellant.

Submitted April 15, 1971. *J. Graham Sale, Jr.*, and *John J. Dean*, Assistant Public Defenders, and *George H. Ross*, Public Defender, for appellant; *Carol Mary Los* and *Robert L. Campbell*, Assistant District Attorneys, and *Robert W. Duggan*, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Order vacated and the record remanded to the court below for a hearing on the is-

sues raised by the original or an amended post-conviction petition.